

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-14-00045-CR

Manuel **ALCOSER** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5943
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

On January 17, 2014, appellant filed a pro se "Motion for Leave to File Late Notice of Appeal." Because it appeared this court lacked jurisdiction over the appeal, we ordered appellant to show cause no later than February 11, 2014, why this appeal should not be dismissed. Appellant did not respond. However, on February 21, 2014, appellant filed a pro se notice of appeal in which he references a September 27, 2012 conviction. Appellant was placed on probation on September 27, 2012. Appellant's notice of appeal was due to be filed October 29, 2012. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on November 13, 2012. TEX. R. APP. P. 26.3.

The district clerk's Certificate of Notice of Appeal indicates appellant is now represented by appointed counsel, Mr. Michael D. Robbins. Because it appears this court lacks jurisdiction over this appeal, Mr. Robbins is hereby ORDERED to show cause in writing <u>no later than March 10, 2014</u> why this appeal should not be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court